

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**TERRI FEINSTEIN SASANOW**
Senior Counsel
phone: 212 788-1282
fax: 212 788-8871
email: TSasanow@law.nyc.gov

May 8, 2008

**BY HAND**
Hon. Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

      Re:  **Linden Airport Management Corporation v. New York City Economic Development Corporation, 08 Civ. 3810 (RJS)**

Dear Judge Sullivan:

      On behalf of defendant, New York City Economic Development Corporation, I respectfully request an extension of defendant's time to respond to the complaint until June 1, 2008. The summons was served on April 22, 2008, and the response is due on May 12, 2008. This is defendant's first request for an extension. I have conferred with plaintiff's counsel, Robert J. Hantman, Esq., and he has advised me that he consents to our request.

      Thank you for your consideration.

Respectfully,

Terri Feinstein Sasanow (TS5966)

cc:    Robert J. Hantman, Esq.—via fax

SO ORDERED
Dated: 5/8/08
RICHARD J. SULLIVAN
U.S.D.J.