UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDEN AIRPORT MANAGEMENT CORP.,

Plaintiff,

-v-

NEW YORK CITY ECONOMIC DEVELOPMENT CORP.,

Defendant.

No. 08 Civ. 3810 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

At a conference before the Court held on May 29, 2008, the Court issued the following directives:

> Defendant's time to answer or otherwise respond to the complaint is stayed until June 30, 2008.
>
> The parties shall submit a joint letter by June 30, 2008 regarding the status of this case.

SO ORDERED.

Dated: New York, New York
June 3, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE