UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



LINDEN AIRPORT MANAGEMENT CORP.,

          Plaintiff,

-v-

NEW YORK CITY ECONOMIC DEVELOPMENT CORP.,

          Defendant.

No. 08 Civ. 3810 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that the parties' joint request to extend the stay of defendant's time to answer or otherwise respond to the complaint is GRANTED. The stay is extended to July 31, 2008.

    IT IS FURTHER ORDERED that the parties shall submit a joint letter by July 31, 2008 regarding the status of this case.

SO ORDERED.

Dated:    New York, New York
          June 27, 2008

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE