```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDEN AIRPORT MANAGEMENT CORP.,

                Plaintiff,

-v-

NEW YORK CITY ECONOMIC DEVELOPMENT CORP.,

                Defendant.

No. 08 Civ. 3810 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

By letter dated July 30, 2008, defendant in the above-entitled action requests a pre-motion conference in anticipation of filing a motion to dismiss.

IT IS HEREBY ORDERED that all parties shall appear for a pre-motion conference regarding defendant's proposed motion on August 13, 2008, at 3:30pm, in the United States District Court, Courtroom 9A, 500 Pearl St., New York, New York.

IT IS FURTHER ORDERED that, within three days of the date of this Order, plaintiff shall submit a letter, not to exceed three pages, explaining why it anticipates defendant's proposed motion on the grounds described in defendant's letters dated May 28, 2008 and July 28, 2008 is likely to fail.

SO ORDERED.

Dated:      New York, New York
               August 4, 2008

                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES DISTRICT JUDGE