USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 11, 08

MEMO ENDORSED

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

TERRI FEINSTEIN SASANOW
Senior Counsel
phone: 212 788-1282
fax: 212 788-8871
email: TSasanow@law.nyc.gov

August 6, 2008

Hon. Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Rm. 615
New York, New York 10007

    Re: **Linden Airport Management Corp. v. New York City Economic Development Corp., 08 Civ. 3810 (RJS)**

Dear Judge Sullivan:

  This will confirm my conversation with your Courtroom Deputy, Eileen Levine, that I have a conflict with the date and time scheduled for the pre-motion conference in your Honor's order dated August 4, 2008. I have been advised by Ms. Levine that the Court is available on August 19, 2008 at 2 PM. I have consulted with plaintiff's counsel, and he is available at that time (as am I), and consents to that change—subject to the Court's approval.

  Thank you for your consideration.

Respectfully,

Terri Feinstein Sasanow

cc: Robert J. Hantman, Esq.—via email

SO ORDERED
Dated: 8/8/08
RICHARD J. SULLIVAN
U.S.D.J.