UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



**LINDEN AIRPORT MANAGEMENT CORPORATION,**

            **PLAINTIFF,**

-V-

**NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION**

            **DEFENDANTS.**

Case No.
08-cv-3810 (RJS)

AMENDED ORDER

RICHARD J. SULLIVAN, District Judge:

      IT IS HEREBY ORDERED, that the pre motion conference previously scheduled by this Court for August 19, 2008 at 2pm is hereby adjourned to August 26, 2008 at 11am.

      SO ORDERED.

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

DATED:
New York, New York  8/14, 2008