**MEMO ENDORSED**



| | USDS SDNY |
|---|---|
| | DOCUMENT |
| | ELECTRONICALLY FILED |
| | DOC #: _____ |
| | DATE FILED: 8/18/08 |

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

TERRI FEINSTEIN SASANOW
Senior Counsel
phone: 212 788-1282
fax: 212 788-8871
email: TSasanow@law.nyc.gov

August 14, 2008

Hon. Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Rm. 615
New York, New York 10007

      Re: **Linden Airport Management Corp. v. New York City Economic Development Corp., 08 Civ. 3810 (RJS)**

Dear Judge Sullivan:

      This will confirm my email communication with your Courtroom Deputy, Eileen Levine, that I will be on vacation on the adjourned date set for the pre-motion conference in your Honor's order dated August 14, 2008. I have been advised by Ms. Levine that the Court is available on September 4, 2008 at 12 Noon. I have consulted with plaintiff's counsel, and he is available at that time (as am I), and consents to that change—subject to the Court's approval.

      Thank you for your consideration.

SO ORDERED.
Dated: 8/15/08
/s/ RICHARD J. SULLIVAN
U.S.D.J.

Respectfully,

Terri Feinstein Sasanow

cc:    Robert J. Hantman, Esq.—via email