UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDEN AIRPORT MANAGEMENT CORP.,

                Plaintiff,

-v-

NEW YORK CITY ECONOMIC DEVELOPMENT CORP.,

                Defendant.

No. 08 Civ. 3810 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/08

RICHARD J. SULLIVAN, District Judge:

At the pre-motion conference held before the Court on September 4, 2008 regarding Defendant New York City Economic Development Corporation's proposed motion to dismiss, the Court adopted the following scheduling order:

> Plaintiff Linden Airport Management Corporation shall file an amended complaint no later than October 1, 2008;
>
> Defendant shall file an answer or submit a pre-motion letter no later than October 15, 2008. Should Defendant elect to submit a pre-motion letter, that letter shall contain a proposed briefing schedule for Defendant's motion.

SO ORDERED.

Dated:      New York, New York
              September 4, 2008

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE