# MEMO ENDORSED



**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 8/5/10

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

TERRI FEINSTEIN SASANOW
Senior Counsel
phone: 212 788-1282
fax: 212 788-8871
email: TSasanow@law.nyc.gov

July 30, 2010

**VIA ELECTRONIC MAIL**
Hon. Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Rm. 615
New York, New York 10007

Re: **Linden Airport Management Corp. v. New York City Economic Development Corp., 08 Civ. 3810 (RJS)("Linden")**

Dear Judge Sullivan:

In accordance with your Honor's June 29, 2010 order, I write to advise the Court that by order dated July 20, 2010, the Appellate Division, First Department denied plaintiff Linden Airport Management Corp.'s motion for reargument or, alternatively, for leave to appeal to the Court of Appeals from the Appellate Division's March 16, 2010 order affirming dismissal of the petition. A copy of the court's July 20, 2010 order is enclosed herewith.

I have consulted with plaintiffs' counsel, and have been advised that they wish to confer with their clients as to how they wish to proceed, but that Mr. Dudley is currently on vacation until some time next week.

Respectfully,

*Terri Feinstein Sasanow*
Terri Feinstein Sasanow

Encl.
c: Robert J. Hantman, Esq.—w/encl.

```
The parties shall submit a joint letter
indicating how they propose to proceed with
this litigation by August 13, 2010.
```

SO ORDERED
Dated: 8/4/10    RICHARD J. SULLIVAN
                 U.S.D.J.